3:23-mj-00127

DISTRICT OF OREGON, ss:        AFFIDAVIT OF FREDERICK BULZAN

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Frederick Bulzan, being first duly sworn, do hereby depose and say:

## Introduction and Agent Background

1.  I am a Deputy United States Marshal in the District of Oregon, and have been employed for approximately one year. I am assigned to the U.S. Marshals Service Operations Section, which assists with the investigation and apprehension of fugitives.

2.  As a Deputy U.S. Marshal, I have completed the Basic Deputy United States Marshal Integrated training program which consists of over 780 hours of combined hands-on and academic training in criminal investigations and federal law enforcement. I have been involved in approximately 20 fugitive investigations, including escapes from custody. Prior to joining the Marshals Service, I spent a total of 5 years in Diplomatic Security as an Operational Medic for the Department of State in Baghdad, Iraq. In addition to my training as a DUSM, I received over 500 hours of training in international federal law and hold a certificate from the Department of Public Safety Standards and Training in Oregon for Federal Officers. I also hold a bachelor's degree from the University of South Carolina in Sports Medicine and a master's from Portland State University in Real Estate Development.

3.  I submit this affidavit in support of a criminal complaint and arrest warrant for Brent James Thomas-Sampson, for escaping from custody of the Bureau of Prisons (BOP), in violation of Title 18, United States Code, Section 751 (a).  As set forth below, there is probable cause to believe, and I do believe, that Brent James Thomas-Sampson committed this offense.

4.  The information in this affidavit is based on my investigation, my knowledge, conversations with other law enforcement officers, and my review of reports and documents

**Affidavit of Frederick Bulzan**

related to this investigation. This affidavit is intended to show there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge of or investigation into this matter. I have personally reviewed documents pertaining to this investigation provided by the U.S. District Court for the District of Oregon and the Bureau of Prisons.

## Applicable Law

5.     Title 18, United States Code, Section 751 (a) makes it a felony for a person to escape or attempt to escape from custody of the Attorney General or from any institution or facility in which he is confined by direction of the Attorney General if the custody or confinement follows a conviction of any offense. Under 18 U.S.C. § 4082 (a), a prisoner's willful failure to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, is deemed an escape from the custody of the Attorney General.

## Statement of Probable Cause

6.     On February 03, 2020, Brent James Thomas-Sampson was sentenced before U.S. District Court Judge Karin J. Immergut in criminal case 3:16 CR-00314-IM-1 for his conviction of one count of possession with intent to distribute methamphetamine. Thomas-Sampson was sentenced to the Bureau of Prisons (BOP) for a period of 50 months followed by a three-year term of supervised release.

7.     On May 10, 2023, Thomas-Sampson was transferred from the Federal Correctional Institution (FCI) Sheridan to Northwest Regional Re-Entry Center (NWRRC) in Portland, Oregon. NWRRC Security Monitor Allie Randall signed the BOP Form BP-AO0399 showing the transfer was executed. Thomas-Sampson arrived at the NWRRC to serve out the

**Affidavit of Frederick Bulzan**

remainder of his sentence with the BOP and to help assist with the transitioning back into the community. At that point, he was still an inmate in BOP custody.

8. On May 10, 2023, Thomas-Sampson signed the Receipt of Handbook form indicating he received a copy of the NWRRC handbook as well as the BOP prohibited acts/sanctions recommendations.

9. On May 11, 2023 Thomas-Sampson signed the NWRRC Pre-Release Escape and Abscond Form which states, "I understand that I will be placed on escape or abscond status if I: Depart the facility without authorization; Fail to return to NWRRC from an authorized absence, or pass; AM arrested for a law violation."

10. On May 17, 2023, at approximately 22:06 pm, while housed at the NWRRC and in the custody of the BOP, Thomas-Sampson walked out of the NWRRC facility doors without staff authorization and did not return within 4 hours. The NWRRC staff notified the BOP of Thomas-Sampson's escape at 22:34 pm, and notified the U.S. Marshals Service at 23:05 p.m. Thomas-Sampson was placed on escape. The BOP issued an escape warrant for Thomas-Sampson.

## Conclusion

11. Based on the foregoing information, I have probable cause to believe that Brent James Thomas-Sampson has committed the offense of escape from custody, in violation of 18 U.S.C. § 751 (a). I therefore respectfully request that the Court issue a criminal complaint and arrest warrant charging Thomas-Sampson with that offense.

12. Prior to being submitted to the Court, this affidavit and the accompanying criminal complaint and arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Meredith Bateman. AUSA Bateman advised me in her opinion, the affidavit and

**Affidavit of Frederick Bulzan**

complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ Sworn by telephone
FREDERICK BULZAN
Deputy U.S. Marshal, USMS

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:15 a.~~m~~./p.m on August 7, 2023.

Jolie A. Russo
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

**Affidavit of Frederick Bulzan**